CUMBERLAND LUMBER COMPANY et al., respondents,

*v.*

CLINTON HILL LUMBER AND MANUFACTURING COMPANY,
appellant.

[Argued November 22d, 1910.    Decided March 6th, 1911.]

On appeal from a decree of the court of chancery advised by
Vice-Chancellor Emery.

*Messrs. Coult & Smith,* for the respondents.

*Mr. Frank E. Bradner,* for the appellants.

PER CURIAM.

The decree appealed from is affirmed for the reasons stated in
the opinion of Vice-Chancellor Emery.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE,
REED, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, BO-
GERT, VREDENBURGH, VROOM, CONGDON—13.

*For reversal*—None.